# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CHIUNG-FANG LIANG**                                                **PLAINTIFF**

**v.**                   **CASE NO. 4:17-CV-00135 BSM**

**STEPHANIE GARDNER, in her official capacity, et al.**         **DEFENDANTS**

## ORDER

Plaintiff Chiung-Fang Liang's unopposed motion to dismiss [Doc. No. 33] is granted.

Accordingly, any remaining claims are dismissed without prejudice.

IT IS SO ORDERED this 9th of November 2017.

_____
UNITED STATES DISTRICT JUDGE