# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**CHIUNG-FANG LIANG**                                              **PLAINTIFF**

**v.**                    **CASE NO. 4:17-CV-00135 BSM**

**STEPHANIE GARDNER, in her official capacity, et al.**            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 9th day of November 2017.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE